**John H. SMITH, Appellant,**

v.

**UNITED STATES, Appellee.**

**No. 84–1643.**

District of Columbia Court of Appeals.

Sept. 18, 1987.

Robert J. Murphy, Manassas, Va., for appellant.

Michael W. Farrell, Asst. U.S. Atty., for U.S.

Before PRYOR, C.J., MACK, NEWMAN, FERREN, BELSON, TERRY, ROGERS, and STEADMAN, Associate Judges, and REILLY, Senior Judge.

### ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing en banc, and the opposition thereto; and it appearing that the majority

---

**13.** D.C.Code § 17–306 (1981).

of the judges of this court has voted to grant the petition for rehearing en banc, it is

ORDERED that appellant's petition for rehearing en banc is granted and that the opinion and judgment of April 29, 1987, 525 A.2d 200, are hereby vacated. It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument before the court sitting en banc as soon as the business of the court permits. Counsel are hereby directed to provide ten copies of the briefs heretofore filed to the Clerk on or before September 28, 1987.